## (NOVEMBER 13, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY FRANKLIN, Appellant. — Judgment, Supreme Court, New York County, rendered on August 17, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Fein, Ross, Bloom and Carro, JJ.